HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AMADO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMADO GOMEZ,<br><br>Defendant. | Case No. 1:18-cr-00178-DAD<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date:   September 4, 2020<br>Time:  2:00 p.m.<br>Judge: Honorable Barbara A. McAuliffe |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amado Gomez, that the status conference currently scheduled for September 2, 2020, at 2:00 p.m. may be continued to September 4, 2020, at 2:00 p.m.

Mr. Gomez made his initial appearance in this matter on August 5, 2020, in Sacramento. *See* Dkt. #18. At the time, the matter was set for a status conference in Fresno on August 26, 2020, to enable sufficient time for the U.S. Marshals to transport Mr. Gomez. *See* Dkt. #18. Undersigned counsel first had an opportunity to speak with Mr. Gomez by telephone at the Lerdo Pretrial Facility in Kern County on August 24, 2020. At the August 26, 2020 status conference, the matter was continued one week to September 2, 2020, to provide the parties with time to engage in plea negotiations. *See* Dkt. #22.

1  As of the date of this stipulation, plea negotiations remain ongoing but additional time is
2  needed. While the parties may in fact reach a resolution of the matter prior to the currently set
3  status conference on September 2, 2020, in order to comply with this Court's order requiring that
4  the parties submit a status report or continuance request two days in advance of the status
5  conference, out of an abundance of caution the parties are hereby seeking this brief continuance
6  to September 4, 2020.
7  As this matter involves a supervised release violation petition, no exclusion of time is
8  necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 31, 2020         */s/ Laura Withers*
                              LAURA WITHERS
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: August 31, 2020         */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              AMADO GOMEZ

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for September 2, 2020, at 2:00 p.m. is hereby continued to **September 4, 2020, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **September 1, 2020**          /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE