HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AMADO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMADO GOMEZ,<br><br>Defendant. | Case No. 1:18-cr-00178-DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date:   October 19, 2020<br>Time:  9:00 a.m.<br>Judge: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amado Gomez, that sentencing hearing scheduled for October 6, 2020, at 9:00 a.m. may be continued to October 19, 2020, at 9:00 a.m.

Mr. Gomez made his initial appearance in this matter on August 5, 2020. *See* Dkt. #18. On September 4, 2020, Mr. Gomez admitted the charges in the violation petition. *See* Dkt. #26. At the time, sentencing was set for October 6, 2020, at 9:00 a.m. *See* Dkt. #26. Defense counsel is in the process of requesting records relevant for sentencing purposes and is requesting this continuance to provide adequate time to obtain such records. The proposed date is acceptable to government counsel and the probation officer in this case.

As this matter involves a supervised release violation petition, no exclusion of time is necessary.


Case 1:18-cr-00178-DAD   Document 28   Filed 09/29/20   Page 2 of 2

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: September 29, 2020

*/s/ Laura Withers*
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 29, 2020

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
AMADO GOMEZ

**O R D E R**

Pursuant to the stipulation of the parties, the sentencing hearing currently scheduled for October 6, 2020, at 9:00 a.m. is hereby continued to October 19, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **September 29, 2020**

UNITED STATES DISTRICT JUDGE

Gomez – Stipulation to Continue Sentencing

2