| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
AMADO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00178-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | Date:   November 16, 2020 |
| AMADO GOMEZ, | Time:   10:00 a.m. |
| Defendant. | Judge: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amado Gomez, that sentencing hearing scheduled for October 20, 2020, at 9:00 a.m. may be continued to November 16, 2020, at 10:00 a.m.

Mr. Gomez made his initial appearance in this matter on August 5, 2020. *See* Dkt. #18. On September 4, 2020, Mr. Gomez admitted the charges in the violation petition. *See* Dkt. #26. At the time, sentencing was set for October 6, 2020, at 9:00 a.m. *See* Dkt. #26. Defense counsel is in the process of requesting records relevant for sentencing purposes and is requesting this continuance to provide adequate time to obtain such records. In addition, Mr. Gomez is currently in quarantine at the Lerdo Pre-Trial Facility as a result of positive COVID-19 tests at the facility.

The proposed date is acceptable to government counsel and the probation officer in this case. As this matter involves sentencing on a supervised release violation petition, no exclusion

of time is necessary.

                                                      Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: October 14, 2020                  */s/ Laura Withers*
                                           LAURA WITHERS
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 14, 2020                  */s/ Reed Grantham*
                                           REED GRANTHAM
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           AMADO GOMEZ

## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for October 20, 2020, at 9:00 a.m. is hereby continued to November 16, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **October 14, 2020**                          /s/ Dale A. Drozd
                                                                UNITED STATES DISTRICT JUDGE