HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AMADO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00178-DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | Date:   December 1, 2020 |
| AMADO GOMEZ, | Time:  9:00 a.m. |
| Defendant. | Judge: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amado Gomez, that sentencing hearing scheduled for November 17, 2020, at 9:00 a.m. may be continued to December 1, 2020, at 9:00 a.m.

Mr. Gomez made his initial appearance in this matter on August 5, 2020. *See* Dkt. #18. On September 4, 2020, Mr. Gomez admitted the charges in the violation petition. *See* Dkt. #26. At the time, sentencing was set for October 6, 2020, at 9:00 a.m. *See* Dkt. #26. Defense counsel remains in the process of requesting records relevant for sentencing purposes and is requesting this continuance to provide adequate time to obtain such records. It is anticipated that such records will be available within the next week.

The proposed date is acceptable to government counsel and the probation officer in this case. As this matter involves sentencing on a supervised release violation petition, no exclusion

of time is necessary.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

Date: November 12, 2020        */s/ Laura Withers*
                                      LAURA WITHERS
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: November 12, 2020        */s/ Reed Grantham*
                                        REED GRANTHAM
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      AMADO GOMEZ

## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for November 17, 2020, at 9:00 a.m. is hereby continued to December 1, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **November 12, 2020**                              
                                                      UNITED STATES DISTRICT JUDGE