HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AMADO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00178-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | Date:   December 15, 2020 |
| AMADO GOMEZ, | Time:   9:00 a.m. |
| Defendant. | Judge: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amado Gomez, that sentencing hearing scheduled for December 1, 2020, at 9:00 a.m. may be continued to December 15, 2020, at 9:00 a.m.

Mr. Gomez made his initial appearance in this matter on August 5, 2020. *See* Dkt. #18. On September 4, 2020, Mr. Gomez admitted the charges in the violation petition. *See* Dkt. #26. At the time, sentencing was set for October 6, 2020, at 9:00 a.m. *See* Dkt. #26. For the last several months, defense counsel has been engaged in the process of requesting records relevant for sentencing purposes from the Lerdo Pre-Trial Facility in Kern County. Counsel is requesting this continuance to provide adequate time to obtain such records.

The proposed date is acceptable to government counsel and the probation officer in this case. As this matter involves sentencing on a supervised release violation petition, no exclusion

of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: November 23, 2020        */s/ Laura Withers*
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 23, 2020        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
AMADO GOMEZ

## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for December 1, 2020, at 9:00 a.m. is hereby continued to December 15, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 25, 2020**

UNITED STATES DISTRICT JUDGE