1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  REED GRANTHAM, CA SBN 294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   AMADO GOMEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-cr-00178-DAD
12 |           Plaintiff,       | **ORDER FOR RELEASE AND TRANSPORT TO TEEN CHALLENGE MONTEREY BAY**
13 | vs.                        |
14 | AMADO GOMEZ,               |
15 |           Defendant.       |

16

17       IT IS HEREBY ORDERED that defendant Amado Gomez (Kern County Sheriff's

18 #2279217) shall be released from the Lerdo Pre-Trial Facility in Kern County on Tuesday,

19 December 22, 2020 at 6:00 a.m. and immediately and directly transported to the Teen Challenge

20 Monterey Bay residential rehabilitation program, located at 111 Railroad Ave, Watsonville, CA

21 95077, for intake. To ensure his safe and immediate transport to Teen Challenge Monterey Bay,

22 the Lerdo Pre-Trial Facility will release Mr. Gomez only to Irene Gomez, for direct transport to

23 the Teen Challenge Monterey Bay program.

24       Undersigned counsel has been informed that Teen Challenge Monterey Bay is expecting

25 Mr. Gomez's arrival at their facility no later than 1:00 p.m. on December 22, 2020, for intake

26 and processing. The above release and transport details have been discussed with, and approved

27 by, Mr. Gomez's probation officer, Officer Marlene DeOrian.

28

While enrolled in the program, Mr. Gomez is ordered to participate and remain in the program until he satisfies the requirements of the residential program or until further order of this Court. During this time, Mr. Gomez will remain subject to all terms and conditions of his supervised release previously ordered.

If Mr. Gomez voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated:  **December 21, 2020**                            *Dale A. Drozd*
                                                  UNITED STATES DISTRICT JUDGE